UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

BONNIE KRAMER, :
Individually, :
 :
      Plaintiff, :
 : Case No. 1:13-cv-5823
v. :
 :
SIMON PROPERTY GROUP (DELAWARE) :
INC. :
A Foreign Corporation :
 :
      Defendant. :
_____/

**NOTICE OF DISMISSAL**

    Plaintiff hereby voluntarily dismisses the above-captioned matter with prejudice and with all parties bearing their respective costs and attorney fees.

Dated: July 7, 2014

    /s/ Pete M. Monismith
    Pete M. Monismith, Esq.
    Pete M. Monismith, P.C.
    3945 Forbes Ave., #175
    Pittsburgh, PA 15213
    ph. (724) 610-1881
    pete@monismithlaw.com